UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
Tomes & Hanratty P.C.
30 Broad St.
Freehold, NJ 07728
732-333-0681

| | |
|---|---|
| In Re:<br>Diane Dreyer v.<br>Educap Inc.; National Collegiate Trust; American Education Services, Wells Fargo Bank NA, Bank of America NA; CitiBank NA | Case No.: 10-39668 (RTL)<br><br>Adv. No.: 11-1678<br><br>Hearing Date:<br><br>Judge: RTL |

## CONSENT ORDER DISCHARGING STUDENT LOANS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

It appearing that the Plaintiff having filed a Complaint against Creditor National Collegiate Trust seeking to have certain student loan debts set forth in the petition determined to be dischargeable debts pursuant to the Chapter 7 discharge order entered April 29, 2011, and National Collegiate Trust and the debtor having executed this Consent Order and good and sufficient cause appearing

IT IS ORDERED AS FOLLOWS:

Any obligation of the debtor to National Collegiate Trust in connection with any student loan obligation, as defined in 11 U.S.C. § 523 et.seq., incurred prior to the Order for Relief in this case, is hereby classified as dischargeable general unsecured debt pursuant to 11 U.S.C. § 727(a).

WE HEREBY CONSENT AS TO FORM AND CONTENT TO THE ENTRY OF THE FOREGOING ORDER.

| | |
|---|---|
| Tomes & Hanratty<br>For the Debtor/Plaintiff | National Collegiate Trust |
| /s/ Edward Hanratty | /s/ Matthew Coletti<br>(by Edward Hanratty with permission by Email Dated July 13, 2011)<br>Matthew Coletti, Esq.*<br>Associate Counsel<br>First Marblehead Corporation<br>Authorized Agent for NCT<br>800 Boylston Street, 34th Fl<br>Boston, MA 02199<br>(617) 638-2114 |
| | * Admitted to practice in the Commonwealth of Massachusetts and United States District Court for the District of Massachusetts, but not before the Bankruptcy Court for the District of New Jersey, appearing for purposes of consent only |